Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> DOES IMAGE 106470 IN PROSECUTION EXHIBIT 2 CONSTITUTE CHILD PORNOGRAPHY UNDER *UNITED STATES v. WARNER*, 73 M.J. 1 (C.A.A.F. 2013)?

No briefs will be filed under Rule 25.

No. 14–0783/NA. U.S. v. Marshand A. Woods. CCA 201300153. Appellee's motion to substitute a corrected brief is granted.

Friday, February 13, 2015

No. 15–0369/MC. Raymion E. Richards, Appellant v. Robert F. Hedelund, Major General, U.S. Marine Corps and William R. Lieblein, Colonel, U.S. Marine Corps, Appellees. Notice is hereby given that a writ-appeal petition was filed under Rule 27(b) on this date. Appellees will file an answer no later than 10 days after the date of this notice.

Wednesday, February 18, 2015